# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Mary Haggins, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00180-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Valeria Lewis | ) | |
| Bruce Marks | | |
| Perry Hopper, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2020 Order.

March 25, 2020

_____

Frank G. Johns, Clerk
United States District Court